12-444-14

No. 1979-CR-1481-W2

EX PARTE

RONNIE RAY BROOKS

IN THE DISTRICT COURT
144th Judicial District
BEXAR COUNTY, TEXAS

---

## MOTION FOR OBJECTIONS ON HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RONNIE RAY BROOKS, T.D.C.J. #1927669 DEFENDANT, PRO-SE IN THE ABOVE STYLED AND NUMBERED CAUSE AND FILES THIS NOTICE OF OBJECTIONS ON 11.07 (VERNON 2014). TEX. CRIM. PRO. CODE ANN. ART 61 11.07.

PURSUANT to TEXAS RULE AND PROCEDURE 34.5 (C) RONNIE RAY BROOKS # 1927669 PRO-SE REQUEST that the listed items Each AND EVERY ALLEGATIONS ARE being DENIED, AND DEFENDANT IS FILING OBJECTIONS ON EACH AND EVERY FINDING.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

DATE: 2/19/15
FILE IN WRIT FILE
BY:

# OBJECTIONS.

(1) Objection to Rape July 30, 1979
(2) Objection to Discharge April 17, 2008
(3) Objection to Denied without Order March 23, 1983
(4) Objection to Art 11.07. § 4(a)(1)(West 2012)
(5) Objection to Collateral Consequence
(6) Objection to Actual Innocence
(7) Objection to Registration
(8) Objection to Habeas Relief Not granted
(9) Objection to Admonish
(10) Objection to Statutory Ruling And Laws
(11) Objection to Ex-Post-Facto
(12) Objection to Adjudication Sept 1, 1970
(13) Objection to Failing to Register
(14) Objection to Properly Advised
(15) Objection to All of the Facts Sent Retroactive
(16) Objection to Rodriguez V. State 899 S.W. 2d 658
(17) Objection to Collateral Consequences
(18) Objection to Dismissed or Denied in Part.

### Sent to:

(1) THE COURT OF CRIMINAL APPEALS
Austin, Tx 78711

(2) BEXAR COUNTY District Clerk
144th District Court
100 W. Nueva, Ste 217
San Antonio, Tx 78205

(2)

## INMATE DECLARATION

I RONNIE RAY BROOKS, do hereby certify that a true and correct copy of the above and foregoing defendants motion forward by united states mail-postage paid, prosecutions and itudge of the 144th district court san antonio, Tx
78205

RONNIE RAY BROOKS

1927669

Huntsville Unit
815 12th Street
Huntsville, Tx
77348

2-11-2015

(3)